IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

SHVETZ PROPERTIES, LLC,

    Plaintiff,

v.

Case No. 2:17-cv-242
Chief Judge Edmund A. Sargus, Jr.
Magistrate Judge Elizabeth P. Deavers

MUSKINGUM RIVER DEVELOPMENT
LLC, *et al.*,

    Defendants.

## ORDER

This matter is before the court on Defendant's, Environmental Remediation and Financial Services, LLC ("ERFS"), Unopposed Motion to Stay Proceedings in the above-referenced matter and to extend all other deadlines in this case by sixty (60) days. (ECF No. 44.) Defendant reports that the "parties to this matter and various non-parties who nonetheless have an interest in its outcome have reached an agreement to resolve the above-referenced litigation, and are working to reduce the agreement to writing." (ECF No. 44. at 1.) Thus, for good cause shown, Defendant's Motion is **GRANTED in part** and **DENIED in part**. This case will be stayed until **DECEMBER 13, 2017**. Deadlines in this case will be extended accordingly during that period.

**IT IS SO ORDERED.**

11-22-2017
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE