# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **SHVETZ PROPERTIES LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:17-00242-EAS-EPD |
| ) | **Chief Judge Edmund A. Sargus, Jr.** |
| ) | **Magistrate Judge Elizabeth P. Deavers** |
| ) | |
| ) | |
| **MUSKINGUM RIVER** ) | |
| **DEVELOPMENT, LLC** and ) | |
| **ENVIRONMENTAL REMEDIATION** ) | |
| **AND FINANCIAL SERVICES, LLC,** ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

This day comes the parties hereto by their respective counsel of record to move this Court to dismiss the above-captioned action in its entirety on the following grounds:

The Parties have reached a compromise on and settled the matters in controversy between them. The Parties therefore jointly request that the Court dismiss this action in its entirety with prejudice to the refiling of the same.

FOR THESE REASONS, the Parties request that the Court enter an order dismissing all claims raised in this action with prejudice to the refiling of the same.

Dated this 11th day of January, 2018.

| | |
|---|---|
| /s/ Jeremy D. Camp<br>Robert L. Bays (Ohio Bar No. 0002996)<br>BOWLES RICE LLP<br>501 Avery Street<br>Parkersburg, West Virginia 26101<br>Telephone:  (304) 420-5530<br>Facsimile:  (304) 420-5587<br>rbays@bowlesrice.com<br><br>*Of Counsel (admitted pro hac vice)*:<br><br>Jeremy D. Camp<br>GARDNER HAAS PLLC<br>2828 Routh Street, Suite 660<br>Dallas, Texas 75201<br>Telephone:  (214) 415-3100<br>jc@gardnerhaas.com<br><br>*ATTORNEYS FOR PLAINTIFF*<br>*SHVETZ PROPERTIES LLC* | /s/ Melanie E. Mize<br>Melanie E. Mize, Esq.<br>NEYRA, MIZE & ASSOCIATES LTD<br>4226 Montgomery Road<br>Cincinnati, OH 45212<br>(t)(513) 745-9095<br>(f)(513) 283-0098<br>*Counsel for Defendants ERFS and MRD*<br><br>/s/ Derek S. Fanciullo<br>Derek S. Fanciullo, Esq.<br>MATSIKOUDIS & FANCIULLO, LLC<br>128 Monticello Avenue, STR 1<br>Jersey City, New Jersey 07304<br>(t)(201) 915-0407<br>(f)(201) 536-2026<br>dfanciullo@mf-legal.com<br>*Counsel for Defendant ERFS*<br><br>/s/ Tim Burgdorf<br>Tim Burgdorf, Esq.<br>COMMERCIAL LIABILITY PARTNERS, LLC<br>17014 New College Avenue, Suite A<br>St. Louis, MO 63040<br>(t) (314) 812-8061<br>(f) (314) 685-2300<br>*Counsel for Defendant MRD* |

9392070.1